# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **CARLTON R. EDWARDS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 7:12-cv-01091-RDP-RRA |
| | ) |
| **DARREN H. BEAMS and** | ) |
| **SCOTT HOLMES,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The Magistrate Judge filed a Report and Recommendation on July 25, 2012, recommending that this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Although Plaintiff was advised of his right to file specific written objections within fifteen days, he has not responded to the Report and Recommendation.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and hereby is **ADOPTED** and the Recommendation is **ACCEPTED**.  Accordingly, this action is due to be dismissed without prejudice for failing

---

[1] Plaintiff did file a motion for discovery on July 27, 2012. (Doc. #17).  However, the certificate of service on that document shows that it was mailed prior to the July 25, 2012, Report and Recommendation and therefore cannot be construed as a response thereto.  The motion is hereby **DENIED** as moot.

to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

      **DONE** and **ORDERED** this   21st   day of August, 2012.

                                                       **R. DAVID PROCTOR**
                                                       UNITED STATES DISTRICT JUDGE